# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEYUNA CAMERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-cv-02455-SHL-tmp |
| ) | |
| SOUTHWEST TENNESSEE ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation ("Report"), filed November 3, 2017, recommending denial of Defendant's Motion to Dismiss for insufficient service of process. (ECF No. 13.)[1]

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations regarding the involuntary dismissal of an action for insufficient service of process. See 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report has passed, and Defendant has filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court

---

[1] On the same day, Magistrate Judge Pham ordered the Clerk of Court to re-issue process for Defendant. (ECF No. 13.)

**ADOPTS** the Magistrate Judge's Report. Defendant's Motion to Dismiss is **DENIED** without prejudice with leave to refile should there be a basis to renew the motion.

**IT IS SO ORDERED,** this 28th day of November, 2017.

                                                  s/ Sheryl H. Lipman
                                                  SHERYL H. LIPMAN
                                                  UNITED STATES DISTRICT JUDGE