# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEYUNA CAMERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-cv-02455-SHL-tmp |
| ) | |
| SOUTHWEST TENNESSEE ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation ("Report") (ECF No. 18), filed February 6, 2018, recommending that Defendant's Second Motion to Dismiss on grounds of untimely and insufficient service of process (ECF No. 16) be denied.

A magistrate judge may submit to a judge of the court proposed recommendations for the disposition of a motion to dismiss. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report was February 20, 2018, and Defendant filed no objections.[1]  The Court has reviewed the Report for clear error and finds none.  Therefore, the Court **ADOPTS** the Magistrate Judge's Report.  Defendant's Second Motion to Dismiss is **DENIED**.

**IT IS SO ORDERED,** this 22nd day of February, 2018.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

---

[1] In fact, on February 20, Defendant submitted an Answer to the Complaint.  (ECF No. 23.)