# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEYUNA CAMERON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHWEST TENNESSEE ) <br> COMMUNITY COLLEGE, ) <br> ) <br> Defendant. ) | No. 17-cv-02455-SHL-tmp |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Tu M. Pham's Report and Recommendation ("Report") (ECF No. 34), filed June 27, 2018, recommending that Defendant Southwest Tennessee Community College's Motion for Summary Judgment be granted.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for the disposition of a motion for summary judgment. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report was July 11, 2018, and Plaintiff filed no objections.[1] The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report. Southwest's Motion for Summary Judgment is **GRANTED** and Plaintiff's claim against Defendant is **DISMISSED**. Judgment will be entered for Southwest.

**IT IS SO ORDERED,** this 17th day of July, 2018.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Cameron also failed to respond to Southwest's requests for admission, Southwest's Motion for Summary Judgment, and an order to show cause why Southwest's Motion should not be granted. (ECF No. 34 at 3.)